Jennifer E. Duggan - SBN: 183833
Katie A. Collins - SBN: 309475
Carrie Adams Hayes – SBN: 363494
DUGGAN McHUGH LAW CORPORATION
100 Howe Avenue, Suite 260
Sacramento, CA 95825
Telephone:   916.550.5309
Jennifer@dugganmchugh.com
Katie@dugganmchugh.com
Carrie@dugganmchugh.com

Attorneys for Defendants,
COUNTY OF SOLANO,
MITCH MASHBURN, and
DANETTE MERCADO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY SHARP, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MITCH MASHBURN, an individual and in his capacity as a member of the Solano County Board of Supervisors; SOLANO COUNTY, a public entity; DANETTE MERCADO, an individual and in her capacity as a Solano County district representative; and DOES 1-20,<br><br>Defendants. | Case No. 2:26-cv-01631-JAM-JDP<br><br>[ASSIGNED TO HON. DANIEL J. CALABRETTA, CTRM 7, 14th FLOOR]<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND DEFENDANTS RESPONSIVE PLEADING DEADLINE**<br><br>Complaint Filed: April 24, 2026<br>Trial Date: Not yet set |

The Court, having read and considered the Joint Stipulation to Extend Time for Defendants COUNTY OF SOLANO, MITCH MASHBURN, and DANETTE MERCADO ("Defendants") to Respond to Plaintiff's Complaint, filed on behalf of Plaintiff AMY SHARP ("Plaintiff") and Defendants and finding good cause thereon, hereby grants the stipulated 14-day extension of time for Defendants to respond to Plaintiff's Complaint.

**IT IS HEREBY ORDERED** that Defendant's response to Plaintiff's Complaint is to be filed on or by June 30, 2026.

Dated:  June 16, 2026                    /s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE